UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-100-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| CALVIN LAVAN CLARK, | ) | |
| Defendant. | ) | |

Clark's Motion to Reconsider [DE-51] is DENIED. The order entered herein on June 8, 2012 [DE-49] denied Clark's Motion to Reduce his sentence pursuant to the 18:1 retroactive crack amendment to the advisory U.S. Sentencing Guidelines, under 18 U.S.C. § 3582(c)(2), because of his career offender status. Clark's Motion to Vacate, Set Aside or Correct his Sentence [DE-36][1] is being held in abeyance pending the Fourth Circuit Court of Appeals' decision in *Powell v. United States*, No. 11-6152.

Clark may not circumvent the limitations imposed on § 2255 actions by seeking *Simmons* relief in a § 3582(c)(2) motion. Clark already has had a prior § 2255 motion denied on the merits, *see* Order [DE-27]. Rather than deny the instant motion outright as successive, however, the court is reserving ruling until the Fourth Circuit announces a decision in *Powell* on the chance that the decision *possibly* could benefit Clark. Clark may renew his Motion to Reconsider [DE-51], if appropriate, after this court rules on his § 2255 *Simmons* motion, in light of the Government's Motion to Dismiss [DE-41].

---

[1] Clark's § 2255 case is *Clark v. United States*, No. 5:08-CR-100-1/5:11-CV-558-F.

The court regrets the piecemeal manner in which Clark's motions must be addressed. However, the unstable and unpredictable status of the controlling law leave no choice.

SO ORDERED.

This, the 20th day of June, 2012.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge